PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SIEEDA BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:25-CV-01993 |
| | ) | |
| v. | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |

On March 26, 2026, the assigned Magistrate Judge issued a Report and Recommendation ("R&R") to affirm the Commissioner of Social Security's final decision denying Plaintiff Sieeda Brown's application for disability insurance benefits and supplemental security income. *See* ECF No. 11.  The Federal Magistrates Act requires a district court to review *de novo* only those portions of a R&R specifically objected to.  *See* 28 U.S.C. § 636(b)(1)(C).  Parties must file said objections within fourteen days of being served the R&R.  *See id*.; Fed. R. Civ. P. 72(b)(2). Failure to timely object waives the right to appeal, *see Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981), and—absent objection—a district court may adopt a R&R without review.  *See Thomas*, 474 U.S. at 149.  Objections to the instant R&R were due by April 9, 2026.  None were filed.  Accordingly, the Court adopts the R&R, *see* ECF No. 11, and affirms the Commissioner's decision.  A separate Entry of Judgment shall issue.

IT IS SO ORDERED.

April 16, 2026                                     */s/ Benita Y. Pearson*
Date                                                    Benita Y. Pearson
                                                            United States District Judge